UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                     ) CASE NO. CR07-222-JCC
    Plaintiff, )
                                     )
    v. )
                                     ) DETENTION ORDER
PATRICK J. SMITH, )
                                     )
    Defendant. )
                                     )

<u>Offense charged</u>:    Failure to appear for final revocation hearing

<u>Date of Detention Hearing</u>:    January 23, 2012.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.      On December 12, 2011, defendant admitted violating the conditions of

supervised release by using marijuana, using amphetamine, failing to appear for drug testing, failing to truthful to the probation officer and failing to follow the instructions of his probation officer. (Dkt. 53.) Defendant was released on an appearance bond. (Dkt. 55.) A disposition hearing was set before The Honorable John C. Coughenour for January 13, 2012. (Dkt. 54.) Defendant failed to appear for the hearing and a bench warrant was issued. (Dkt. 56, 57.) Defendant was arrested and appeared before this Court on January 23, 2012. (Dkt. 58.) Defendant does not oppose entry of an order of detention pending the final disposition hearing before Judge Coughenour.

There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services

02 Officer.

03 DATED this 24th day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge